The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Burton S. Yaffie,* in support of the petition.

*Brian O'Connor* and *A. William Mottolese,* in opposition.

Submitted November 2—decided November 9, 1976

CARY DARDEN *v.* BOARD OF ZONING APPEALS OF THE CITY OF NEW HAVEN

The plaintiff's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Victor P. Fasano,* in support of the petition.

Submitted November 2—decided November 9, 1976

MARY P. MULLER *v.* PLANNING AND ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*S. Floyd Nagle,* in support of the petition.

*James W. Macauley* and *David Albert,* in opposition.

Submitted November 3—decided November 9, 1976